No. 681. MIAMI HERALD PUBLISHING Co. *v.* BRAUTI-GAM, ADMINISTRATRIX. District Court of Appeal of Florida, Third Appellate District. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Elisha Hanson, John G. Thompson, Arthur B. Hanson, Calvin H. Cobb, Jr., Emmett E. Tucker, Jr., Hervey Yancey* and *L. S. Bonsteel* for petitioner. *Paul A. Louis* and *Melvin M. Belli* for respondent.

No. 1, Misc. AKERS *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se.* *Fred H. Caplan,* Assistant Attorney General of West Virginia, for respondent.

No. 3, Misc. DELONG *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se.* *Fred H. Caplan,* Assistant Attorney General of West Virginia, for respondent.

No. 6, Misc. SCALF *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se.* *Fred H. Caplan,* Assistant Attorney General of West Virginia, for respondent.

No. 12, Misc. KILGALLEN *v.* LAVALLEE, WARDEN. Supreme Court of New York, Clinton County. Certiorari denied. Petitioner *pro se.* *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Joseph J. Rose,* Assistant Attorney General, for respondent.

No. 20, Misc. BROWNING *v.* HAND, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.